UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JESSICA-REA HANSEN-STEEL, | ) | NO. CV-11-3077-JPH |
| | ) | |
| Plaintiff, | ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on August 14, 2012, **ECF No. 26**, recommending the parties' Stipulated Motion for an Order of Remand (ECF No. 25) be **granted.** Both parties are represented by counsel and stipulate to remand pursuant to sentence four of 42 U.S.C. § 405(g).

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED**

The Report and Recommendation, **ECF No. 26,** to grant the parties' Stipulated Motion an Order of Remand pursuant to sentence four of 42 U.S.C. § 405(g)(ECF No. 25) is **ADOPTED in its entirety**.

///

///

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to
2  enter this Order, enter judgment for Plaintiff, forward copies to
3  the parties and Magistrate Judge Hutton, and close the file.
4     DATED this 22nd day of August, 2012.

5                                    ***s/Lonny R. Suko***
                                  _____
6                                    LONNY R. SUKO
                                  UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2