1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   JESSICA-REA HANSEN-STEEL,        )
                                     )
6                   Plaintiff,       )
                                     )          NO.  CV-11-3077-JPH
7          vs.                       )
                                     )          **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,               )              **CIVIL CASE**
    Commissioner of Social Security, )
9                                    )
                    Defendant.       )
10                                   )
    _____)
11

12         **STIPULATION BY THE PARTIES:**

13         The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15         **IT IS ORDERED AND ADJUDGED** that:

16         The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18         DATED this  22nd  day of  August, 2012.

19                                   JAMES R. LARSEN
                                     District Court Executive/Clerk
20

21

22                                   by: __s/ Karen White_____
                                         Deputy Clerk
23

24   cc: all counsel

25

26