IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA-REA HANSEN-STEEL, <br>     Plaintiff, <br> v. <br> MICHAEL ASTRUE, Commissioner of Social Security, <br>     Defendant. | No. CV-11-3077JPH <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on December 19, 2012, **ECF No. 35**, recommending Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, ECF No. 21, be **denied as untimely**. On December 31, 2012, Plaintiff objected. ECF No. 36. Plaintiff's objections restate the arguments presented in pleadings previously filed. ECF Nos. 29-32, 34.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED**

The Report and Recommendation, **ECF No. 35**, to deny as untimely Plaintiff's Motion for an award of attorney's fees

ORDER ADOPTING REPORT
AND RECOMMENDATION

- 1 -


pursuant to the EAJA, ECF No. 29, is **ADOPTED in its entirety**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

**DATED** this 3rd day of January, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT
AND RECOMMENDATION

- 2 -